[Export To PDF >](#)

# Earnings Statement

**LAUREN NADEAU**

Pay Date: 04/15/2016  
Company: 0S700 - PANORAMA ORTHOPEDICS & SPINE CENTER  
Emp #: 7841

Period Start: 03/27/2016  
660 GOLDEN RIDGE ROAD SUITE 250  
Dept: 860

Period End: 04/09/2016  
GOLDEN, CO 80401 (303) 274-7341  
Pay Basis: Hourly

| Earnings | Rate | Hours/Units | Current Period | Year to Date |
|---|---|---|---|---|
| Regular | 21.66 | 74.24 | 1608.04 | 13310.29 |
| Overtime | 32.49 | 6.23 | 202.41 | 1552.70 |
| Holiday | | | 0.00 | 0.00 |
| Paid Time Off | 21.66 | 5.76 | 124.76 | 235.66 |
| **Gross Pay** | | | **1935.21** | **15098.65** |

| W/H Taxes | | |
|---|---|---|
| Medicare | 24.68 | 199.43 |
| Social Security | 105.53 | 852.71 |
| Colorado State W/H (S/1) | 68.00 | 547.00 |
| Federal W/H (S/1) | 202.30 | 1674.76 |

| Deductions | | |
|---|---|---|
| Charitable Contributions | 2.00 | 16.00 |
| Dental Insurance Pre-Tax | 8.83 | 70.64 |
| PPO Medical | 224.28 | 1794.24 |
| Accident Post-Tax | 10.15 | 81.20 |
| Hyatt Legal After-tax | 2.19 | 17.52 |

| | | | |
|---|---|---|---|
| **Net Pay** | 1287.25 | 9845.15 | Voucher No.: 22875242DD |

| Net Pay Distribution | | | |
|---|---|---|---|
| Direct Deposit Net Check | 1287.25 | 10364.99 | A/C:3644 |

| Employee Benefits | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Cost of Health Ins | 375.00 | 3000.00 | *Memo Only | |
| PTO Hours | 4.62 | 74.82 | 10.88 | 63.94 |

**Voucher No.: 22875242DD**

PANORAMA ORTHOPEDICS & SPINE CENTER

Export To PDF >

# Earnings Statement

**LAUREN NADEAU**

Pay Date: 04/01/2016
Company: 0S700 - PANORAMA ORTHOPEDICS & SPINE CENTER
Emp #: 7841

Period Start: 03/13/2016
660 GOLDEN RIDGE ROAD SUITE 250
Dept: 860

Period End: 03/26/2016
GOLDEN, CO  80401   (303) 274-7341
Pay Basis: Hourly

| Earnings | Rate | Hours/Units | Current Period | Year to Date |
|---|---|---|---|---|
| Regular | 21.66 | 80.00 | 1732.80 | 11702.25 |
| Holiday | | | 0.00 | 519.84 |
| Overtime | 32.49 | 7.71 | 250.50 | 1350.29 |
| Paid Time Off | | | 0.00 | 110.90 |
| **Gross Pay** | | | **1983.30** | **13683.28** |

| W/H Taxes | | | | |
|---|---|---|---|---|
| Medicare | | | 25.38 | 174.75 |
| Social Security | | | 108.51 | 747.18 |
| Colorado State W/H (S/1) | | | 70.00 | 479.00 |
| Federal W/H (S/1) | | | 214.33 | 1472.46 |

| Deductions | | | | |
|---|---|---|---|---|
| Charitable Contributions | | | 2.00 | 14.00 |
| Dental Insurance Pre-Tax | | | 8.83 | 61.81 |
| PPO Medical | | | 224.28 | 1569.96 |
| Accident Post-Tax | | | 10.15 | 71.05 |
| Hyatt Legal After-tax | | | 2.19 | 15.33 |
| **Net Pay** | | | **1317.63** | **9077.74**  Voucher No.: 21718147DD |

### Net Pay Distribution

| | | | | |
|---|---|---|---|---|
| Direct Deposit Net Check | | | 1317.63 | 9077.74   A/C:3644 |

| Employee Benefits | | | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|---|---|
| Cost of Health Ins | | | 375.00 | 2625.00 | *Memo Only | |
| PTO Hours | | | 4.62 | 70.20 | 5.12 | 65.08 |

---

**Voucher No.: 21718147DD**

PANORAMA ORTHOPEDICS & SPINE CENTER
660 GOLDEN RIDGE ROAD SUITE 250          DATE: **04/01/2016**
GOLDEN, CO 80401

| **Net Pay:** | **$ 1317.63** |
|---|---|

Export To PDF >

## Earnings Statement                                                                 **LAUREN NADEAU**

| | | | | |
|---|---|---|---|---|
| Pay Date: 03/18/2016 | Company: 0S700 - PANORAMA ORTHOPEDICS & SPINE CENTER | | | Emp #: 7841 |
| Period Start: 02/28/2016 | 660 GOLDEN RIDGE ROAD SUITE 250 | | | Dept: 860 |
| Period End: 03/12/2016 | GOLDEN, CO 80401  (303) 274-7341 | | | Pay Basis: Hourly |

| **Earnings** | Rate | Hours/Units | Current Period | Year to Date |
|---|---|---|---|---|
| Regular | 21.66 | 80.00 | 1732.80 | 9969.45 |
| Holiday | | | 0.00 | 519.84 |
| Overtime | 32.49 | 6.16 | 200.14 | 1099.79 |
| Paid Time Off | | | 0.00 | 110.90 |
| **Gross Pay** | | | **1932.94** | **11699.98** |

| **W/H Taxes** | | | | |
|---|---|---|---|---|
| Medicare | | | 24.65 | 149.37 |
| Social Security | | | 105.39 | 638.67 |
| Colorado State W/H (S/1) | | | 67.00 | 409.00 |
| Federal W/H (S/1) | | | 201.74 | 1258.13 |

| **Deductions** | | | | |
|---|---|---|---|---|
| Charitable Contributions | | | 2.00 | 12.00 |
| Dental Insurance Pre-Tax | | | 8.83 | 52.98 |
| PPO Medical | | | 224.28 | 1345.68 |
| Accident Post-Tax | | | 10.15 | 60.90 |
| Hyatt Legal After-tax | | | 2.19 | 13.14 |
| **Net Pay** | | | **1286.71** | **7760.11**  Voucher No.: 20392421DD |

| **Net Pay Distribution** | | | | |
|---|---|---|---|---|
| Direct Deposit Net Check | | | 1286.71 | 7760.11  A/C:3644 |

| **Employee Benefits** | | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|---|
| Cost of Health Ins | | 375.00 | 2250.00 | *Memo Only | |
| PTO Hours | | 4.62 | 65.58 | 5.12 | 60.46 |

---

**Voucher No.: 20392421DD**

PANORAMA ORTHOPEDICS & SPINE CENTER
660 GOLDEN RIDGE ROAD SUITE 250         DATE: **03/18/2016**
GOLDEN, CO 80401

| **Net Pay:** | **$ 1286.71** |
|---|---|

Export To PDF >

## Earnings Statement

**LAUREN NADEAU**

Pay Date: 03/04/2016
Company: 0S700 - PANORAMA ORTHOPEDICS & SPINE CENTER
Emp #: 7841

Period Start: 02/14/2016
660 GOLDEN RIDGE ROAD SUITE 250
Dept: 860

Period End: 02/27/2016
GOLDEN, CO 80401 (303) 274-7341
Pay Basis: Hourly

| Earnings | Rate | Hours/Units | Current Period | Year to Date |
|---|---|---|---|---|
| Regular | 21.66 | 80.00 | 1732.80 | 8236.65 |
| Holiday | | | 0.00 | 519.84 |
| Overtime | 32.49 | 10.68 | 346.99 | 899.65 |
| Paid Time Off | | | 0.00 | 110.90 |
| **Gross Pay** | | | **2079.79** | **9767.04** |

| W/H Taxes | | | | |
|---|---|---|---|---|
| Medicare | | | 26.78 | 124.72 |
| Social Security | | | 114.49 | 533.28 |
| Colorado State W/H (S/1) | | | 74.00 | 342.00 |
| Federal W/H (S/1) | | | 238.45 | 1056.39 |

| Deductions | | | | |
|---|---|---|---|---|
| Charitable Contributions | | | 2.00 | 10.00 |
| Dental Insurance Pre-Tax | | | 8.83 | 44.15 |
| PPO Medical | | | 224.28 | 1121.40 |
| Accident Post-Tax | | | 10.15 | 50.75 |
| Hyatt Legal After-tax | | | 2.19 | 10.95 |
| **Net Pay** | | | **1378.62** | **6473.40** Voucher No.: 19130704DD |

**Net Pay Distribution**

Direct Deposit Net Check — 1378.62 — 6473.40 — A/C:3644

| Employee Benefits | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Cost of Health Ins | 375.00 | 1875.00 | *Memo Only | |
| PTO Hours | 4.62 | 60.96 | 5.12 | 55.84 |

---

**Voucher No.: 19130704DD**

PANORAMA ORTHOPEDICS & SPINE CENTER

660 GOLDEN RIDGE ROAD SUITE 250
GOLDEN, CO 80401

DATE: **03/04/2016**

| **Net Pay:** | **$ 1378.62** |
|---|---|

LAUREN NADEAU
12980 WEST VIRGINIA AVE

LAKEWOOD, CO 80228

For Record Purposes Only
**\*\*NON-NEGOTIABLE\*\***

Export To PDF >

## Earnings Statement

**LAUREN NADEAU**

| | | |
|---|---|---|
| Pay Date: 02/19/2016 | Company: 0S700 - PANORAMA ORTHOPEDICS & SPINE CENTER | Emp #: 7841 |
| Period Start: 01/31/2016 | 660 GOLDEN RIDGE ROAD SUITE 250 | Dept: 860 |
| Period End: 02/13/2016 | GOLDEN, CO 80401  (303) 274-7341 | Pay Basis: Hourly |

### Earnings

| | Rate | Hours/Units | Current Period | Year to Date |
|---|---|---|---|---|
| Regular | 21.66 | 77.67 | 1682.33 | 6503.85 |
| Holiday | | | 0.00 | 519.84 |
| Overtime | 32.49 | 0.93 | 30.22 | 552.66 |
| Paid Time Off | 21.66 | 2.33 | 50.47 | 110.90 |
| **Gross Pay** | | | **1763.02** | **7687.25** |

### W/H Taxes

| | Current Period | Year to Date |
|---|---|---|
| Medicare | 22.18 | 97.94 |
| Social Security | 94.85 | 418.79 |
| Colorado State W/H (S/1) | 60.00 | 268.00 |
| Federal W/H (S/1) | 175.30 | 817.94 |

### Deductions

| | Current Period | Year to Date |
|---|---|---|
| Charitable Contributions | 2.00 | 8.00 |
| Dental Insurance Pre-Tax | 8.83 | 35.32 |
| PPO Medical | 224.28 | 897.12 |
| Accident Post-Tax | 10.15 | 40.60 |
| Hyatt Legal After-tax | 2.19 | 8.76 |
| **Net Pay** | **1163.24** | **5094.78**  Voucher No.: 17834436DD |

### Net Pay Distribution

| | Current Period | Year to Date | |
|---|---|---|---|
| Direct Deposit Net Check | 1163.24 | 5094.78 | A/C:3644 |

### Employee Benefits

| | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Cost of Health Ins | 375.00 | 1500.00 | *Memo Only | |
| PTO Hours | 4.62 | 56.34 | 5.12 | 51.22 |

---

**Voucher No.: 17834436DD**

PANORAMA ORTHOPEDICS & SPINE CENTER

660 GOLDEN RIDGE ROAD SUITE 250
GOLDEN, CO 80401

DATE: **02/19/2016**

| **Net Pay:** | $ 1163.24 |
|---|---|

LAUREN NADEAU
12980 WEST VIRGINIA AVE

LAKEWOOD, CO 80228

For Record Purposes Only
**\*\*NON-NEGOTIABLE\*\***

**TILECO LLC**
2899 S. Santa Fe Drive
Englewood, CO 80110

Direct Deposit Advice



| | Check Date | | Voucher Number |
| --- | --- | --- | --- |
| | April 22, 2016 | | 3441 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
| --- | --- | --- | --- |
| Jpmorgan Chase Bank, | C | ***0000 | 1,583.84 |
| **Total Direct Deposits** | | | **1,583.84** |

N8134  12-102  141 3441 3264   I

Jeff Nadeau
12980 W Virginia Ave
Lakewood, CO  80228

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### TILECO LLC

**Jeff Nadeau**  **Earnings Statement**

| Employee ID | 141 | Fed Taxable Income | 2,039.75 | Check Date | April 22, 2016 | Voucher Number | 3441 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Location | 12-102 | Fed Filing Status | M-3 | Period Beginning | April 4, 2016 | Net Pay | 1,583.84 |
| Hourly | $0.00 | State Filing Status | M-3 | Period Ending | April 17, 2016 | | |

| Earnings | Rate | Hours | Amount | YTD |
| --- | --- | --- | --- | --- |
| COMMISSI | | 0.00 | 1,556.52 | 1,559.37 |
| REGULAR | | 77.36 | | 0.00 |
| SUBSIDY | | 0.00 | 483.23 | 1,660.38 |
| **Gross Earnings** | | **77.36** | **2,039.75** | **3,219.75** |

| Taxes | Amount | YTD |
| --- | --- | --- |
| CO | 58.00 | 76.00 |
| FITW | 150.87 | 189.25 |
| MED | 29.58 | 46.69 |
| SS | 126.46 | 199.62 |
| **Taxes** | **364.91** | **511.56** |

| Deductions | Amount | YTD |
| --- | --- | --- |
| BUSINESS CARDS | 22.00 | 22.00 |
| MISCELLANEOUS 2 | 69.00 | 69.00 |
| UNIFORM | | 57.00 |
| **Deductions** | **91.00** | **148.00** |

| Direct Deposits Type | Account | Amount |
| --- | --- | --- |
| Jpmorgan Chase C Bank, NA | ***0000 | 1,583.84 |
| **Total Direct Deposits** | | **1,583.84** |

TILECO LLC | 2899 S. Santa Fe Drive  Englewood, CO 80110 | (303) 761-0272